# UNITED STATES DISTRICT COURT
for the

United States

*Plaintiff*

v.

Carlton Llewellyn

*Defendant*

Case No. 21 cr 133 (JMF)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carlton Llewellyn

Date: 4/12/2023

*Attorney's signature*

Kathleen E. Cassidy  KC-0630
*Printed name and bar number*

565 5th Ave
*Address*

Kcassidy@maglaw.com
*E-mail address*

212-880-9413
*Telephone number*

*FAX number*