| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | X<br>:<br>: | |
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE** |
| - v. - | :<br>:<br>: | Case No. 1:23-cr-00133-JMF |
| LARS WINKELBAUER,<br>ABILASH KURIEN,<br>CARLTON LLEWELLYN,<br>ROBERT SCHIRMER,<br>SKYE XU,<br>BENJAMIN WEI,<br>    a/k/a "Ben Wei,"<br>ALVARO LOPEZ,<br>FABIOLA CINO,<br>ORLANDO WONG, and<br>PATRICK LAU,<br>    a/k/a "Pat Lau,"<br><br>           Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | |

PLEASE TAKE NOTICE that Ariel Cohen hereby appears as counsel for Defendant Carlton Llewellyn in the above-captioned action, certifies that she is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, New York
        April 12, 2023

                                                            MORVILLO ABRAMOWITZ GRAND
                                                            IASON & ANELLO P.C.

                                                            By: */s/ Ariel Cohen*
                                                                    Ariel Cohen
                                                            565 Fifth Avenue
                                                            New York, New York 10017
                                                            (212) 856-9600 (phone)
                                                            (212) 856-9494 (fax)
                                                            acohen@maglaw.com

                                                            *Attorney for Defendant Carlton Llewellyn*