# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

June 5, 2024

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Winkelbauer, et al., 23 Cr. 133 (JMF)

Dear Judge Furman:

As Your Honor knows, we represent Carlton Llewellyn in the above-captioned matter. We respectfully request that the Court adjourn Mr. Llewellyn's sentencing, currently scheduled for June 25, 2024, in order to allow counsel to spend additional time preparing Mr. Llewellyn's sentencing memorandum. This is the second request for an adjournment of Mr. Llewellyn's sentencing.

We respectfully request a date in late September, as I will be engaged in preparations for a fraud trial over the summer that begins in the Eastern District of New York on August 12, and is anticipated to last approximately four weeks. The government consents to this request.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy

cc:   AUSA Katherine C. Reilly (via ECF)

---

**Application GRANTED.** The sentencing currently scheduled for June 25, 2024, at 11:00 a.m. is hereby ADJOURNED to **September 24, 2024**, at **3:00 p.m.** Further adjournments are unlikely to be granted. The Clerk is directed to terminate ECF No. 286.

SO ORDERED.

June 5, 2024