UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Judgment Creditor,
v.

CARLTON LLEWELLYN,
Judgment Debtor.

23-CR-00133 (JMF)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on September 25, 2024, the United States of America obtained a judgment against the judgment debtor, CARLTON LLEWELLYN, in the amount of $305,900.00, for which the outstanding balance is $295,800.00, and the parties have agreed to voluntary automatic deduction of 10% per pay period from CARLTON LLEWELLYN's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that CARLTON LLEWELLYN's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of CARLTON LLEWELLYN's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for CARLTON LLEWELLYN, 23-CR-00133.

Dated: ~~October~~ Nov. 10, 2026
New York, New York

*CARLTON LLEWELLYN*
*Judgment Debtor*

JAMES M. MCDONALD
United States Attorney

JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: 212-637-2712

SO ORDERED:

UNITED STATES DISTRICT JUDGE
November 10, 2026